People of the State of Illinois, Plaintiff-Defendant in Error, v. Herman Chancellor, Defendant-Plaintiff in Error.

Gen. No. 10,315.

Third District.

March 6, 1961.

John M. Schobel, and Gruenberg & Schobel, of St. Louis, and Thomas Q. Keefe, of East St. Louis, Illinois, for plaintiff in error; Harrison J. McCown, State's Attorney, of Tuscola, for defendant in error. Opinion by JUDGE ROETH. Not to be published in full.